Fred Ponow, Defendant in Error, v. Fred Siller, Plaintiff in Error.

Gen. No. 16,224.

APPEALS AND ERRORS—*when sufficiency of evidence not presented for review.* The sufficiency of the evidence to support the finding and judgment is not presented for review if neither the record nor the abstract of the same contains a statement of the facts appearing upon the trial or a stenographic report of the proceedings at the trial.

Error to the Municipal Court of Chicago; the HON. MANCHA BRUGGE-

MEYER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1910. Affirmed. Opinion filed February 21, 1912.

GEORGE E. BRANNAN and M. L. IGOE, for plaintiff in error.

PRYSTALSKI & DAHLBERG, for defendant in error.

MR. PRESIDING JUSTICE BAUME delivered the opinion of the court.

In this case of the fourth class, a trial in the Municipal Court, by the Court without a jury, resulted in a finding and judgment against plaintiff in error for $109.75, to reverse which judgment he prosecutes this writ of error.

The assignments of error question the sufficiency of the evidence to support the finding and judgment, and the application by the court of the law to the facts in evidence.

Neither the record nor the abstract of the same contains a statement of the facts appearing upon the trial, or a stenographic report of the proceedings at the trial. The questions involved are, therefore, not preserved for review and the judgment is affirmed.

*Judgment affirmed.*